IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
Tel: 818 325-2888
Fax: 818 325-2890
Email: ireneruzin@gmail.com

Attorney for Plaintiff, REGINA SARA WOLF,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| REGINA SARA WOLF,<br><br>    Plaintiff,<br>v.<br><br>ANDREW S. SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: CV 19-05538 SK<br><br>ORDER AWARDING EAJA FEES<br><br><br>STEVE KIM<br>U.S. MAGISTRATE JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of FOUR THOUSAND EIGHT HUNDRED DOLLARS ($4,800.00) (the "AGREED AMOUNT") as authorized by 28 U.S.C. § 2412(d) and 28 U.S.C. § 1920, and subject to the terms and conditions of the Stipulation.

DATED: February 14, 2020

                                                    _____
                                                  HONORABLE JUDGE STEVE KIM
                                                  UNITED STATES MAGISTRATE JUDGE